## THE STATE v. FORTIG.

PRACTICE ON APPEAL: CRIMINAL CASE: NO APPEARANCE FOR APPELLANT: RECORD REVIEWED AND JUDGMENT AFFIRMED.

*Appeal from Floyd District Court.*

TUESDAY, JUNE 14, 1887.

No appearance for appellant.

*A. J. Baker, Attorney-general*, for the State.

BECK, J.—The defendant, with another, was jointly indicted for maintaining a nuisance by keeping a place for the unlawful sale of intoxicating liquors, and was convicted, the other defendant being acquitted. Defendant now appeals to this court. The case is submitted to us for decision without an assignment of errors, brief or argument, or any appearance for defendant. We have carefully considered the record in the case, without finding any error or irregularity in the proceedings.

AFFIRMED.